WILLIAM T. KENNEDY, Plaintiff, *v.* BETHLEHEM STEEL COMPANY, Defendant and Third-Party Plaintiff-Appellant, et al., Defendant. HUDSON-RUMSEY Co., INC., Third-Party Defendant-Respondent.

Argued October 14, 1954; decided October 22, 1954.

*Robert H. Daley* and *Grover R. James, Jr.,* for appellant.

*William B. H. Sawyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.